# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| DEMETRA CARTER, Individually, and on behalf of herself and others similarly situated current and former employees, | ) ) ) ) |
| Plaintiff, | ) ) ) No. 2:20-cv-02313-TLP-atc |
| v. | ) ) JURY DEMAND |
| CLEARVIEW HEALTHCARE MANAGEMENT KY, LLC, CLEARVIEW HEALTHCARE MANAGEMENT TN, LLC, and COLLIERVILLE NURSING AND REHABILITATION, LLC, | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER GRANTING MOTION FOR FLSA SETTLEMENT APPROVAL

The parties jointly move for approval of settlement under the Fair Labor Standards Act. (ECF No. 38.) The parties submitted the Settlement Agreement for inspection and review. (ECF No. 38-1.)

Having reviewed the Settlement Agreement, the joint motion, and the amended declaration of Attorney J. Russ Bryant (ECF No. 40), the Court finds that the Settlement Agreement is a fair and reasonable resolution of Plaintiff's claims. The Court therefore **GRANTS** the joint motion for FLSA settlement approval.

**SO ORDERED**, this 31st day of August, 2021.

                                            s/ Thomas L. Parker
                                            THOMAS L. PARKER
                                            UNITED STATES DISTRICT JUDGE