# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| DEMETRA CARTER, Individually, and on behalf of herself and others similarly situated current and former employees, ) ) ) ) | |
| Plaintiff, ) ) | No. 2:20-cv-02313-TLP-atc |
| v. ) ) | JURY DEMAND |
| CLEARVIEW HEALTHCARE MANAGEMENT KY, LLC, CLEARVIEW HEALTHCARE MANAGEMENT TN, LLC, and COLLIERVILLE NURSING AND REHABILITATION, LLC, ) ) ) ) ) ) | |
| Defendants. ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint, filed on April 27, 2020. (ECF No. 1.) In accordance with the Agreed Order of Dismissal (ECF No. 44), agreed to by the parties in the case and under Federal Rules of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

October 20, 2021
Date